Peter P. Brotzen - #53230
PPB@db2law.com
Gregory L. Anderson - #129931
GLA@db2law.com
Dominic A. Marino - #236166
DAM@db2law.com
DWYER, DALY, BROTZEN & BRUNO, LLP
550 South Hope Street, Suite 1900
Los Angeles, California 90071-2632
Tel. (213)627-9300
Fax (213)624-1638

Attorneys for Defendants
GLOBAL GROUND SUPPORT, LLC and AIR T, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORTEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL GROUND SUPPORT, LLC; AIR T, INC.; DOES 1-10,<br><br>　　　　Defendant(s). | Case No. C 09-04138 SC<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE** |

WHEREAS, the current Court Scheduling Order requires that the parties participate in mediation on or before April 1, 2010, and;

WHEREAS, the parties have been unable to coordinate the scheduling of mediation dates prior to April 1, 2010 on which a mediator, all counsel and the insurer's representative are available to participate, and;

WHEREAS, all parties have scheduled a mediation conference to occur on April 20, 2010;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned parties, through their counsel of record, subject to the approval of the

Stipulation to Extend Mediation Completion Date.wpd    -1-

STIPULATION TO EXTEND MEDIATION DEADLINE

Court, that the deadline for the parties to participate in a mediation conference be extended to April 20, 2010.

This stipulation may be validly executed in counterparts. It is further stipulated that a facsimile signature serve as the original.

                                Jennie Lee Anderson, Esq.
                                Lori E. Andrus, Esq.
                                ANDRUS ANDERSON, LLP
                                155 Montgomery Street
                                Suite 900
                                San Francisco, California 94104
                                Telephone: (415) 986-1400
                                Facsimile: (415) 986-1474

DATED: March 30, 2010            By: _____

                                                   Attorneys for *Plaintiff*
                                                   **JESUS CORTEZ**

                                Peter P. Brotzen
                                Gregory L. Anderson
                                Dominic A. Marino
                                DWYER, DALY, BROTZEN & BRUNO, LLP
                                550 South Hope Street
                                Suite 1900
                                Los Angeles, California 90071
                                Tel: (213) 627-9300
                                Fax: (213) 624-1638

DATED: March 30, 2010            By: _____

                                                   Attorneys for *Defendants*
                                                 **GLOBAL GROUND SUPPORT, LLC and AIR T, INC.**

IT IS SO ORDERED:                    _____
                                           United States District Court Judge



IT IS SO ORDERED
Judge Samuel Conti

DWYER, DALY, BROTZEN & BRUNO, LLP
550 SOUTH HOPE STREET, SUITE 1900
LOS ANGELES, CALIFORNIA 90071-2632