UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORTEZ,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GLOBAL GROUND SUPPORT, LLC, ET AL,<br><br>        Defendant(s). | No. C 09-04138 SC (JCS)<br><br>**ORDER GRANTING IN PART, DENYING IN PART CORRECTED JOINT LETTER RE: PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES [Docket No. 46]** |

On September 3, 2010, the parties filed a Corrected Joint Letter Re: Plaintiff's Motion to Compel Further Discovery Responses.

IT IS HEREBY ORDERED THAT:

1. The Motion to Compel Further Response and Documents in response to Request No. 7 is **Denied**. The request is over broad and Plaintiff's suggested limitation is itself over broad.

2. The Motion to Compel Production of Documents responsive to Request No. 10 is **Granted**.

IT IS SO ORDERED.

Dated: September 14, 2010

                                            JOSEPH C. SPERO
                                            United States Magistrate Judge