**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS CORTEZ,                                    No. C 09-04138 SC (JCS)

        Plaintiff(s),

                                         **ORDER AWARDING FEES AND COSTS**

    v.

GLOBAL GROUND SUPPORT, LLC, ET AL.,

        Defendant(s).
_____/

      By Order dated November 16, 2010, the Court ordered defendants to pay the reasonable attorneys' fees and costs incurred in pursuing a motion to compel.  The parties submitted declarations regarding the amount of those fees and costs.  The Court has reviewed those declarations and finds that $5000.00 in fees, and $695.06 in costs, were reasonably incurred by plaintiff in compelling further production of documents responsive to three document requests.  Accordingly, within thirty (30) days of today, defendants are ordered to pay plaintiff the sum of $5695.06.

      IT IS SO ORDERED.

Dated: December 1, 2010

                              _____
                              Joseph C. Spero
                              United States Magistrate Judge