Peter P. Brotzen - #53230
PPB@db2law.com
Gregory L. Anderson - #129931
GLA@db2law.com
Dominic A. Marino - #236166
DAM@db2law.com
DWYER, DALY, BROTZEN & BRUNO, LLP
550 South Hope Street, Suite 1900
Los Angeles, California 90071-2632
Tel. (213)627-9300
Fax (213)624-1638

Attorneys for Defendants/Defendants-In-Intervention
GLOBAL GROUND SUPPORT, LLC and AIR T, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORTEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL GROUND SUPPORT, LLC; AIR T, INC.; DOES 1-10,<br><br>　　　　Defendant(s).<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>　　　　Intervenor | Case No. C09 04138 SC<br><br>Hon. Samuel Conti<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE HONORABLE SAMUEL CONTI, JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Plaintiff JESUS CORTEZ, Plaintiff-in-Intervention LIBERTY MUTUAL FIRE INSURANCE COMPANY

Stipulation for Dismissal2.wpd                        -1-

**STIPULATION FOR DISMISSAL AND ORDER THEREON**

and Defendants/Defendants-in-Intervention GLOBAL GROUND SUPPORT, LLC and AIR T, INC. in this action, as follows:

1. The parties have resolved this action in its entirety pursuant to agreement between themselves.

2. The Court may therefore dismiss the action, in its entirety, with prejudice.

Dated: December ___, 2010     ANDRUS ANDERSON, LLP


By: _____
Jennie Lee Anderson, Esq.
Lori E. Andrus, Esq.
Attorneys for Plaintiff
JESUS CORTEZ

Dated: December ___, 2010     KATCHIS, HARRIS & YEMPUKU


By: _____
Robert B. Javan, Esq.
Attorney for Plaintiff-in-Intervention
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

Dated: ~~December~~ MAR 3, ~~2010~~ 2011     DWYER, ~~DALY,~~ BROTZEN ~~& BRUNO~~, LLP

By: [signature]
_____
Peter P. Brotzen, Esq.
Gregory L. Anderson, Esq.
Dominic A. Marino, Esq.
Attorneys for Defendants/Defendants-
in-Intervention GLOBAL GROUND
SUPPORT, LLC and AIR T, INC.

DWYER, DALY, BROTZEN & BRUNO, LLP
550 SOUTH HOPE STREET, SUITE 1900
LOS ANGELES, CALIFORNIA 90071-2632

1  and Defendants/Defendants-in-Intervention GLOBAL GROUND SUPPORT, LLC
2  and AIR T, INC. in this action, as follows:

3
4      1.    The parties have resolved this action in its entirety pursuant to
5  agreement between themselves.

6
7      2.    The Court may therefore dismiss the action, in its entirety, with
8  prejudice.

9
10  Dated: ~~December~~ February 4, ~~2010~~ 2011    ANDRUS ANDERSON, LLP

11
12                                         By: _____
13                                              Jennie Lee Anderson, Esq.
                                                Lori E. Andrus, Esq.
14                                              Attorneys for Plaintiff
                                                JESUS CORTEZ
15

16  Dated: December ___, 2010              KATCHIS, HARRIS & YEMPUKU

17
18                                         By: _____
                                                Robert B. Javan, Esq.
19                                              Attorney for Plaintiff-in-Intervention
                                                LIBERTY MUTUAL FIRE
20                                              INSURANCE COMPANY

21
22  Dated: December ___, 2010              DWYER, DALY, BROTZEN & BRUNO, LLP

23
24
                                           By: _____
25                                              Peter P. Brotzen, Esq.
                                                Gregory L. Anderson, Esq.
26                                              Dominic A. Marino, Esq.
                                                Attorneys for Defendants/Defendants-
27                                              in-Intervention GLOBAL GROUND
                                                SUPPORT, LLC and AIR T, INC.
28

Stipulation for Dismissal2.wpd         -2-
STIPULATION FOR DISMISSAL AND ORDER THEREON

DWYER, DALY, BROTZEN & BRUNO, LLP
550 SOUTH HOPE STREET, SUITE 1900
LOS ANGELES, CALIFORNIA 90071-2632

and Defendants/Defendants-in-Intervention GLOBAL GROUND SUPPORT, LLC and AIR T, INC. in this action, as follows:

1. The parties have resolved this action in its entirety pursuant to agreement between themselves.

2. The Court may therefore dismiss the action, in its entirety, with prejudice.

Dated: December ___, 2010     ANDRUS ANDERSON, LLP


By: _____
Jennie Lee Anderson, Esq.
Lori E. Andrus, Esq.
Attorneys for Plaintiff
JESUS CORTEZ

Dated: December ___, 2010     KATCHIS, HARRIS & YEMPUKU

By: _____
Robert B. Javan, Esq.
Attorney for Plaintiff-in-Intervention
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

Dated: December ___, 2010     DWYER, DALY, BROTZEN & BRUNO, LLP

By: _____
Peter P. Brotzen, Esq.
Gregory L. Anderson, Esq.
Dominic A. Marino, Esq.
Attorneys for Defendants/Defendants-
in-Intervention GLOBAL GROUND
SUPPORT, LLC and AIR T, INC.

IT IS SO ORDERED
Judge Samuel Conti

Feb 25

Stipulation for Dismissal2.wpd                       -2-

**STIPULATION FOR DISMISSAL AND ORDER THEREON**

DWYER, DALY, BROTZEN & BRUNO, LLP
550 SOUTH HOPE STREET, SUITE 1900
LOS ANGELES, CALIFORNIA 90071-2632

-3-

**IT IS SO ORDERED:**

Dated: _____   _____
                                 HON. SAMUEL CONTI
                                 UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal2.wpd

**STIPULATION FOR DISMISSAL AND ORDER THEREON**

DWYER, DALY, BROTZEN & BRUNO, LLP
550 SOUTH HOPE STREET, SUITE 1900
LOS ANGELES, CALIFORNIA 90071-2632